**3**

HAGOP T. BEDOYAN, CSB NO. 131285
**KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL LLP**
5260 N. Palm Avenue, Suite 205
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (661) 326-0418
E-mail: hbedoyan@kleinlaw.com

Attorneys for Healthcare Conglomerate Associates, LLC
and Vi Healthcare Finance, Inc.

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No.: 16-10015-A-9 |
| SOUTHERN INYO HEALTHCARE DISTRICT, | Chapter 9 |
| | Adv. Case No.: 18-01031-A |
| Chapter 9 Debtor. | |
| SOUTHERN INYO HEALTHCARE DISTRICT, plaintiff | |
| v. | |
| HEALTHCARE CONGLOMERATE ASSOCIATES, LLC; VI HEALTHCARE FINANCE, INC.; and DOES 1 through 10, defendants. | |

### JOINT STATUS CONFERENCE STATEMENT AND REPORT OF PARTIES' DISCOVERY CONFERENCE

    Healthcare Conglomerate Associates, LLC ("HCCA"), Vi Healthcare Finance, Inc. ("Vi") (collectively, "Defendants") and Southern Inyo Healthcare District ("Plaintiff") respectfully submit this Joint Status Conference Statement and Report of Parties' Discovery Conference.

    Defendants were served with a reissued summons and the Plaintiff's complaint on or around May 30, 2018. Defendants served and filed their answer to the complaint on June 29, 2018. No discovery has been conducted.

Defendants and Plaintiff, by and through counsel, held a Discovery Conference on July 11, 2018, under FRCP 26(f), as made applicable by FRBP 7026.

The parties considered the nature and basis of their claims and defenses and the possibility of early settlement. While settlement was not reached, the parties believe that early mediation might be conducive to settlement and would avoid costly and lengthy litigation in this matter.

The following scheduling dates were agreed to by counsel:

1. By July 30, 2018, the parties will exchange initial disclosures under FRCP 26(a), made applicable herein by FRBP 7026, if they have not done so previously.
2. The parties shall have through December 31, 2018, to complete written discovery.
3. The parties shall complete depositions by January 31, 2019 for all fact and identified expert witnesses. The deposition date for deposing an identified expert witness may be later than January 31, 2019, in the event that the identity of the expert witness is not disclosed earlier than December 31, 2018. In such event the date for deposing an identified expert witness shall be 30 days after the identity of the expert is disclosed.
4. The parties shall have through October 31, 2018 to file amendments to the pleadings.
5. The parties shall identify any expert witness by December 31, 2018.
6. The parties shall complete discovery by January 31, 2019, except for certain expert witness depositions which may be completed after January 31, 2019 as provided in paragraph 3 above.
7. The parties shall file dispositive motions by February 28, 2019.
8. The parties request that the Court set a final pre-trial conference 60 days after February 28, 2019, or at the Court's convenience at a later time, for the purpose of setting a trial date.

///
///
///
///
///

JOINT STATUS CONFERENCE STATEMENT AND REPORT OF PARTIES' DISCOVERY CONFERENCE

Dated: July 17, 2018

KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL LLP

By: _____
HAGOP T. BEDOYAN
Attorneys for Healthcare Conglomerate Associates, LLC & Vi Healthcare Finance, Inc.

Dated: July 19, 2018

JEFFREY S. SHINBROT, APLC

By: _____
JEFFREY S. SHINBROT
Attorney for Southern Inyo Healthcare District