**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Southern Inyo Healthcare District
**Adversary Title:** Southern Inyo Healthcare District v. Healthcare Conglomerate Associates, LLC et al

**Case No.:** 16-10015 - A - 9
**Adv No.:** 18-01031

**Docket Control No.**
**Date:** 08/01/2018
**Time:** 2:00 PM

**Matter:** Status Conference Re: Complaint - [1] - (81 (Subordination of claim or interest)) : Complaint 18-01031 by Southern Inyo Healthcare District against Healthcare Conglomerate Associates, LLC, Vi Healthcare Finance, Inc.. (Fee Amount of $350.00 is Exempt.) (eFilingID: 6290154) (tjof). Modified on 5/30/2018 (tjof).

**Judge: Fredrick E. Clement**
**Courtroom Deputy: Lisamarie Tristan**
**Reporter: Electronic Record**
**Department: A**

---

**APPEARANCES for:**
**Movant(s):**
(by phone) Plaintiff's Attorney - Jeffrey S. Shinbrot
**Respondent(s):**
Defendant's Attorney - Hagop T. Bedoyan

---

**CIVIL MINUTES**

As more fully set forth on the record,

The status conference is continued to September 18, 2018 at 2:00 p.m.

The parties shall file and serve a joint status report not later than September 4, 2018.