**2**

HAGOP T. BEDOYAN, CSB NO. 131285
**KLEIN, DENATALE, GOLDNER,
    COOPER, ROSENLIEB & KIMBALL LLP**
5260 N. Palm Avenue, Suite 205
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile:  (661) 326-0418
E-mail: hbedoyan@kleinlaw.com

Attorneys for Healthcare Conglomerate Associates, LLC
and Vi Healthcare Finance, Inc.

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>SOUTHERN INYO HEALTHCARE DISTRICT,<br><br>Chapter 9 Debtor.<br><br>SOUTHERN INYO HEALTHCARE DISTRICT, plaintiff<br><br>v.<br><br>HEALTHCARE CONGLOMERATE ASSOCIATES, LLC; VI HEALTHCARE FINANCE, INC.; and DOES 1 through 10, defendants. | Bankruptcy Case No.: 16-10015-A-9<br>Chapter 9<br><br>Adv. Case No.: 18-01031-A<br><br>**Status Conference**<br>Date:    September 18, 2018<br>Time:    2:00 p.m.<br>Place:   5th Floor, Dept. A, Ct. Rm. 11<br>             United States Courthouse<br>             2550 Tulare Street<br>             Fresno, CA<br><br>Judge: HON. FREDRICK E. CLEMENT |

## FURTHER JOINT STATUS CONFERENCE REPORT

Healthcare Conglomerate Associates, LLC ("HCCA"), Vi Healthcare Finance, Inc. ("Vi") (collectively, "Defendants") and Southern Inyo Healthcare District ("Plaintiff") respectfully submit this Joint Status Conference Report.

Other than making their respective Initial Disclosures, the parties have not conducted any discovery.

///

As the Court is aware, the parties are exploring mediation to resolve the issues raised in the above-referenced adversary proceeding. In addition, it is possible that such mediation may be expanded to address various professional negligence and breaches of fiduciary duty asserted by the Defendants against the Plaintiff's former and current attorneys.

Defendants have recently retained malpractice attorneys and believe that continuing the status conference in the adversary proceeding to October 16, 2018 at 1:30 p.m., the date and time of the status conference in the Debtor's main case, might allow the parties some additional time to explore the mediation alternative to resolving the many disputes in this case.

Dated: August 31, 2018

KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL LLP

By: _____
HAGOP T. BEDOYAN, Attorneys for Healthcare Conglomerate Associates, LLC & Vi Healthcare Finance, Inc.

Dated: August 30, 2018

JEFFREY S. SHINBROT, APLC

By: _____
JEFFREY S. SHINBROT, Attorney for Southern Inyo Healthcare District