# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Southern Inyo Healthcare District,<br>                    Debtor.<br><br>Southern Inyo Healthcare District v. Healthcare Conglomerate Associates, LLC et al | ) Case No.: 16-10015 - A - 9<br>) Adv No.: 18-01031<br>)<br>) Docket Control No.:<br>) Document No.: 1<br>)<br>) Date: 09/18/2018<br>)<br>) Time: 2:00 PM<br>)<br>) DEPT: A |

**Order**

For the reasons stated on the record,

IT IS ORDERED that the status conference is continued to October 16, 2018, at 2:00 p.m. in Courtroom 11, Fifth Floor, 2500 Tulare Street, Fresno, California.

IT IS FURTHER ORDERED that the parties shall file a joint status report not later than October 9, 2018.

Dated: Sep 24, 2018

_____
Fredrick E. Clement
United States Bankruptcy Judge

Continued Status Conference Complaint - [1] - [1] - (81 (Subordination of claim or interest)) : Complaint 18-01031 by Southern Inyo Healthcare District against Healthcare Conglomerate Associates, LLC, Vi Healthcare Finance, Inc.. (Fee Amount of $350.00 is Exempt.) (eFilingID: 6290154) (tjof). Modified on 5/30/2018 (tjof).

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Hagop T. Bedoyan
5260 N. Palm Avenue, Suite 205
Fresno CA 93704

Jeffrey S. Shinbrot
8200 Wilshire Blvd #400
Beverly Hills CA 90211

Ashley M. McDow
555 S. Flower St, #3500
Los Angeles CA 90071-2411