JEFFREY S. SHINBROT, ESQ.
(SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax (310) 878-8304
Special Litigation Counsel to Debtor Southern Inyo Healthcare District

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

| | |
|---|---|
| In re<br><br>SOUTHERN INYO HEALTHCARE DISTRICT<br><br><br>Chapter 9 Debtor.<br>SOUTHERN INYO HEALTHCARE DISTRICT, plaintiff<br><br>v.<br><br>HEALTHCARE CONGLOMERATE ASSOCIATES, LLC; VI HEALTHCARE FINANCE, INC.; and DOES 1 through 10, defendants. | Bankruptcy Case No.: 16-10015<br>Chapter 9<br><br>Adv. Case No.: 18-01031<br> JSS1<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AGAINST VI HEALTHCARE FINANCE, INC., FOR SEQUESTRATION OF TAX REVENUES PENDING FINAL RULING ON THE MERITS OF THIS ADVERARY CASE OR FURTHER ORDER OF THIS COURT.**<br><br>Hearing:<br>Date: November 29, 2018<br>Time: 1:30 p.m.<br>Place: Courtroom 11<br>         2500 Tulare St., 5th Fl<br>         Fresno, California |

Plaintiff SOUTHERN INYO HEALTHCARE DISTRICT respectfully represents that Federal Rule of Evidence 201 provides for judicial notice of facts that are "capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned.

F.R.E. 201(f); *Papai v. Harbor Tug & Barge Co.*, 67 F.3d 203, 207 n. 5 (9th Cir. 1995). The Court "may [] take judicial notice of pleadings, orders, and statutes from other jurisdictions if the documents are public records and capable of accurate and ready confirmation by sources that cannot reasonably be questioned." *Yuen v. U.S. Stock Transfer Co.*, 966 F.Supp. 944-45 (C.D. Cal. 1997) (citing *Papai*, 67 F.3d at 207, n.5); see also, *United States v. 14.02 Acres of Land*, 547 F.3d 943, 955 (9th Cir. 2008); *Reyn's Pasta Bella, LLC v. Visa, USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006).

Based on the foregoing, the Applicant respectfully requests that the Court take judicial notice of the following:

1. State of California, Secretary of State Statement of Information, for VI HEALTHCARE FINANCE, INC., filed July 27, 2017, a true and accurate copy of which is annexed hereto as Exhibit "4."

2. State of California, Secretary of State Statement of Information, for HEALTHCARE CONGLOMERATE ASSOCIATES, LLC, filed February 6, 2017, a true and accurate copy of which is annexed hereto as Exhibit "5."

3. News article published by Visalia Times-Delta, 1:34 p.m. PT Oct. 4, captioned "DA's office seizes former Tulare hospital administrator's bank account," a true and accurate copy of which is annexed hereto as Exhibit "6."

Dated: November 1, 2018             THE SHINBROT FIRM

                                                By:/s/Jeffrey S. Shinbrot
                                                Jeffrey S. Shinbrot, Special Litigation Counsel
                                                for the Southern Inyo Healthcare District

EXHIBIT 4



# State of California
## Secretary of State

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

S

**FQ03271**

**FILED**

In the office of the Secretary of State
of the State of California

**JUL-27 2017**

This Space for Filing Use Only

1. **CORPORATE NAME**
VI HEALTHCARE FINANCE, INC.

2. **CALIFORNIA CORPORATE NUMBER**     C4041964

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| # | | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 4. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 4924 WEST LAKEWOOD DRIVE, VISALIA, CA 93291 | | | |
| 5. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | | |
| 6. | MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| # | Title | Name | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|
| 7. | CHIEF EXECUTIVE OFFICER/ | YORAI S. BENZEEVI | 4924 WEST LAKEWOOD DRIVE, VISALIA, CA 93291 | | | |
| 8. | SECRETARY | YORAI S. BENZEEVI | 4924 WEST LAKEWOOD DRIVE, VISALIA, CA 93291 | | | |
| 9. | CHIEF FINANCIAL OFFICER/ | YORAI S. BENZEEVI | 4924 WEST LAKEWOOD DRIVE, VISALIA, CA 93291 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| # | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 10. | YORAI S. BENZEEVI | 4924 WEST LAKEWOOD DRIVE, VISALIA, CA 93291 | | | |
| 11. | | | | | |
| 12. | | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY: 0

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS [Note: The person designated as the corporation's agent MUST have agreed to act in that capacity prior to the designation.]
PARACORP INCORPORATED

15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**   CITY   STATE   ZIP CODE

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
HEALTHCARE FINANCE

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 07/27/2017 | YORAI S. BENZEEVI, M.D. | CEO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2013)    Page 1 of 1    APPROVED BY SECRETARY OF STATE

EXHIBIT 5

| | |
|---|---|
| **Secretary of State** <br> **Statement of Information** <br> (Limited Liability Company) | LLC-12 |

91 6 6

17-309792

**FILED**
Secretary of State
State of California

FEB 06 2017

21/20/PC

This Space For Office Use Only

**IMPORTANT** — Read instructions before completing this form.

Filing Fee - $20.00

Copy Fees – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)
Healthcare Conglomerate Associates, LLC

**2. 12-Digit Secretary of State File Number**
201334410011

**3. State, Foreign Country or Place of Organization** (only if formed outside of California)

**4. Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 10940 Wilshire Blvd., Suite 1600 | Los Angeles | CA | 90024 |
| b. Mailing Address of LLC, if different than item 4a | City (no abbreviations) | State | Zip Code |
| | | | |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| | | CA | |

**5. Manager(s) or Member(s)** If no managers have been appointed or elected, provide the name and address of each member. At least one name and address must be listed. If the manager/member is an individual, complete items 5a and 5c (leave item 5b blank). If the manager/member is an entity, complete items 5b and 5c (leave item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an Individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Yorai | Benny | Benzeevi | |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 10940 Wilshire Blvd., Suite 1600 | Los Angeles | CA | 90024 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

INDIVIDUAL – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
| | | CA | |

CORPORATION – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b
Paracorp Incorporated   C1082536

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
Health care management services

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| b. Address | City (no abbreviations) | State | Zip Code |
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| Feb. 3, 2017 | Yorai Benny Benzeevi | Manager | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:
Company:
Address:
City/State/Zip:

LLC-12 (REV 01/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be

EXHIBIT 6



**TELLING YOUR STORY**
DEDICATED TO MAKING A LOCAL IMPACT

99¢ First Month
Subscribe (http://offers.visaliatimesdelta.com/gps-source=BENB&utm_medium=nanobexchange&utm_campaign=2018SLJ)

# DA's office seizes former Tulare hospital administrator's bank account

Luis Hernandez, Visalia Times-Delta     Published 1:34 p.m. PT Oct. 4, 2018 | Updated 3:05 p.m. PT Oct. 4, 2018



(Photo: File)

The Tulare County District Attorney has seized nearly $1 million in the bank accounts of Dr. Yorai "Benny" Benzeevi, managing member of Healthcare Conglomerate Associates, the Tulare hospital's former financial administrator.

Now, Benzeevi is asking a Tulare County judge to order the District Attorney's office to give back the money. A court hearing is set for Friday.

Additional, lengthy litigation is expected.

The DA's Office had no comment about the hearing, citing an ongoing investigation.

The DA's office has been investigating HCCA and the Tulare hospital's financial management for months.

Already, Tim Ward, the county's district attorney, said the investigation has been costly.

During the investigation, DA's Office investigators have served several warrants.

According to court documents, warrants were served on Nov. 20 at Dr. Benzeevi and Alan Germany's offices at the Tulare hospital. Germany is the hospital's former Chief Financial Officer.

**More:** Those who helped turn TRMC around now criticize the board, transparency (/story/news/2018/09/27/hospital-board-member-dishearten-shocked-calls-transparency/1446064002/)

Tulare hospital board accept Dr. Kumar, Dr. Gupta resignation (/story/news/2018/10/04/tulare-board-accepts-dr-kumar-resignation/1523234002/)

Adventist Health hosts employee orientation; Tulare hospital's reopening gets near (/story/news/2018/09/11/tulare-hospital-employees-complete-orientation/1267205002/)

Adventist: Here's what you should know about TRMC's new managers (/story/news/2018/06/28/heres-what-you-should-know-trmcs-new-financial-administrators/742384002/)

On April 4, a second warrant was served at Benzeevi's Visalia residence. Germany's home in Arizona was searched on May 11.

While serving the warrants, DA's Office Investigators seized personal computers, cell phones, iPads, thumb drives, and other media, according to court documents.

Additional items seized include some high-end fashion items: a Toomey Work purse and a Louis Vuitton bag.

Attorneys representing Benzeevi and Germany sought to get part of the property seized returned. In court filings, the attorneys argued the DA's Office has had the items for a lengthy amount of time.

In addition, current investigation practices call for making electronic copies of items seized.

The electronic copies, according to the attorneys representing the former hospital administrators, are as good as the original device.

The attorneys also wanted the property returned because some of the items belong to former hospital administrators' family members

Tulare County Superior Judge John Bianco, who signed the warrants to be served, already oversaw court hearings

The DA's Office opposed releases of the property, building the county's search warrant in the case.

More: Did Tulare County Judge John Bianco violate Constitution? (/story/news/2018/08/10/tulare-county-judge-denies-benzeevi-attorney-motion-tulare-hospital-hearing/1025876002/)

More: FBI, DA search home of former Tulare hospital CEO (/story/news/2018/04/23/fbi-da-search-home-former-tulare-hospital-ceo/544058002/)

More: TRMC's secret loan: Benzeevi got the fee (/story/news/local/2017/01/13/trmcs-secret-loan-benzeevi-got-fee/96548152/)



Alan Germany, HCCA's CFO, delivers update to hospital board on Wednesday. *(Photo: Luis Hernandez)*

Read or Share this story: https://www.visaliatimesdelta.com/story/news/2018/10/04/court-hearing-tulare-hospital-investigation-set-friday/1523499002/

