JEFFREY S. SHINBROT, ESQ.
(SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax (310) 878-8304
Special Litigation Counsel to Debtor Southern Inyo Healthcare District

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION**

| | |
|---|---|
| In re<br><br>SOUTHERN INYO HEALTHCARE DISTRICT<br><br>Chapter 9 Debtor.<br><br>SOUTHERN INYO HEALTHCARE DISTRICT, plaintiff<br><br>v.<br><br>HEALTHCARE CONGLOMERATE ASSOCIATES, LLC; VI HEALTHCARE FINANCE, INC.; and DOES 1 through 10, defendants. | Bankruptcy Case No.: 16-10015<br>Chapter 9<br>Adv. Case No.: 18-01031<br><br>JSS1<br><br>**NOTICE AMENDING HEARING TIME ON MOTION FOR PRELIMINARY INJUNCTION AGAINST VI HEALTHCARE FINANCE, INC., FOR SEQUESTRATION OF TAX REVENUES PENDING FINAL RULING ON THE MERITS OF THIS ADVERARY CASE OR FURTHER ORDER OF THIS COURT.**<br><br>INCORRECT TIME<br>Date: November 29, 2018<br>**Time: 1:30 p.m.**<br>Place: Courtroom 11<br>2500 Tulare St., 5th Fl<br>Fresno, California<br><br>CORRECT TIME<br>Date: November 29, 2018<br>**Time: 2:00 p.m.**<br>Place: Courtroom 11<br>2500 Tulare St., 5th Fl<br>Fresno, California |

**PLEASE TAKE NOTICE THAT**, the Notice of Motion For Preliminary Injunction Against VI Healthcare Finance, Inc., For Sequestration of Tax Revenues Pending Final Ruling on the Merits of this Adversary Case filed by Plaintiff Southern Inyo Healthcare District ("Debtor" or the "District") on November 1, 2018, at doc. Number 29; had an incorrect hearing time of 1:30 p.m., the correct hearing time is **2:00 p.m**., on November 29, 2018, in the courtroom of the Honorable Frederick E. Clement, United States Bankruptcy Judge, located at 2500 Tulare Street Courtroom 11, Fresno, CA 93721.

Each interested party opposing or responding to the motion must file and serve the response on the Debtor and the United States Trustee not later than 14 days before the date designated for hearing. Any response must be a complete written statement of all reasons in opposition thereto or in support, declarations and copies of all evidence on which the responding party intends to rely, and any responding memorandum of points and authorities. The failure to file a response may be deemed consent to the granting of the motion.

Responding parties can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling and can view any pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing. Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

November 5, 2018                    THE SHINBROT FIRM


                                    By: <u>Jeffrey S. Shinbrot</u>
                                        Jeffrey S. Shinbrot, Special Litigation Counsel
                                        for the Southern Inyo Healthcare District