**3**

HAGOP T. BEDOYAN, CSB NO. 131285
**KLEIN, DENATALE, GOLDNER,**
  **COOPER, ROSENLIEB & KIMBALL LLP**
5260 N. Palm Avenue, Suite 205
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (661) 326-0418
E-mail: hbedoyan@kleinlaw.com

Attorneys for Healthcare Conglomerate Associates, LLC
and Vi Healthcare Finance, Inc.

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re: <br><br> SOUTHERN INYO HEALTHCARE DISTRICT, <br><br> Chapter 9 Debtor. <br><br>———————————————— <br> SOUTHERN INYO HEALTHCARE DISTRICT, plaintiff <br><br> v. <br><br> HEALTHCARE CONGLOMERATE ASSOCIATES, LLC; VI HEALTHCARE FINANCE, INC.; and DOES 1 through 10, defendants. | Case No.: 16-10015-A-9 <br><br> Chapter 9 <br><br> **Adv. Case No.: 18-01031-A** <br><br> DCN: JSS-01 <br><br> <u>Hearing</u> <br> Date: November 29, 2018 <br> Time: 2:00 p.m. <br> Place: 5th Fl. Ct. Rm. 11 <br>   United States Bankruptcy Court <br>   2500 Tulare Street <br>   Fresno, CA <br><br> Judge: Honorable Fredrick E. Clement |

**STIPULATION TO CONTINUE HEARING ON MOTION FOR PRELIMINARY INJUNCTION AGAINST VI HEALTHCARE FINANCE, INC., FOR SEQUESTRATION OF TAX REVENUES PENDING FINAL RULING ON THE MERITS OF THIS <u>ADVERSARY CASE OR FURTHER ORDER OF THIS COURT</u>**

IT IS HEREBY STIPULATED AND AGREED by and between VI Healthcare Finance, Inc. ("Defendant") and Southern Inyo Healthcare District ("Plaintiff"), by counsel, as follows:

1. On November 1, 2018, the Plaintiff a *Motion for Preliminary Injunction Against VI Healthcare Finance, Inc., For Sequestration of Tax Revenues Pending Final Ruling On The Merits Of This Adversary Case Or Further Order Of This Court* (the "Motion") [Dkt. No. 29].

2. A hearing has been scheduled on the Motion to take place on November 29, 2018 at 2:00 p.m.

3. Unfortunately, counsel for the Defendant will be out of the country on vacation from November 20, 2018 through December 3, 2018, and he will not be able to appear for the Defendant at the currently scheduled hearing on the Motion on November 29, 2018.

4. The Defendant has represented to the Plaintiff that it does not expect to receive any tax revenues from Inyo County before sometime in January of 2019.

5. At the request of the Defendant, the Plaintiff agrees to continue the hearing on the Motion to December 19, 2018 at 2:00 p.m., provided that the Inyo County tax revenues at issue in the Motion (the "Tax Revenues") are protected from distribution to any party pending a determination on the Motion by the Court on December 19, 2018;

6. Plaintiff may supplement its Motion on or before November 21, 2018; Opposition to the Motion shall be served and filed no later than December 7, 2018, and any reply to the opposition shall be served and filed no later than December 12, 2108.

7. Plaintiff and Defendant agree that pending a determination on the Motion at the hearing on December 19, 2018 at 2:00 p.m., the Tax Revenues shall not be disbursed to either party and if any disbursement is inadvertently made, any and all Tax Revenues received shall be held and sequestered pending this Court's determination of the Motion.

8. This stipulation is without prejudice to the Defendant's right to oppose the Motion or otherwise oppose the adversary proceeding on the merits.

9. The parties stipulate and agree to entry of an order approving this Stipulation.

STIPULATION TO CONTINUE HEARING ON PRELIM. INJUNCTION JSS-1

Dated: November 9, 2018

KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL LLP

By: _____
HAGOP T. BEDOYAN, Attorneys for
Vi Healthcare Finance, Inc.

Dated: November 9, 2018

JEFFREY S. SHINBROT, APLC

By: _____
JEFFREY S. SHINBROT, Special
Litigation Counsel for Southern Inyo
Healthcare District