UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

**Case Title:** Southern Inyo Healthcare District
**Adversary Title:** Southern Inyo Healthcare District v. Healthcare Conglomerate Associates, LLC et al

**Case No.:** 16-10015 - A - 9
**Adv No.:** 18-01031

**Docket Control No.** JSS-1
**Date:** 11/29/2018
**Time:** 2:00 PM

**Matter:** [29] - Motion/Application for Preliminary Injunction [JSS-1] Filed by Plaintiff Southern Inyo Healthcare District (rpaf) [29] - Notice of Hearing Re: [29] Motion/Application for Preliminary Injunction [JSS-1] to be held on 11/29/2018 at 01:30 PM at Fresno Courtroom 11, Department A. (rpaf)

**Judge: Fredrick E. Clement**
**Courtroom Deputy: Lisamarie Tristan**
**Reporter: Not Recorded**
**Department: A**

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

**CIVIL MINUTES**

The motion is continued to December 19, 2018, at 2:00 p.m. Order, November 14, 2018, ECF # 41.