16

JEFFREY S. SHINBROT, ESQ.
(SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax (310) 878-8304
Special Litigation Counsel to Debtor Southern Inyo Healthcare District

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

| | |
|---|---|
| In re<br><br>SOUTHERN INYO HEALTHCARE DISTRICT<br><br>Chapter 9 Debtor.<br><br>SOUTHERN INYO HEALTHCARE DISTRICT, plaintiff<br><br>v.<br><br>HEALTHCARE CONGLOMERATE ASSOCIATES, LLC; VI HEALTHCARE FINANCE, INC.; and DOES 1 through 10, defendants. | Bankruptcy Case No.: 16-10015<br>Chapter 9<br><br>Adv. Case No.: 18-01031<br><br>**DECLARATION OF CHET BEEDLE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AGAINST VI HEALTHCARE FINANCE, INC., & FOR SEQUESTRATION OF TAX REVENUES PENDING FINAL RULING ON THE MERITS OF THIS ADVERSARY CASE OR FURTHER ORDER OF THIS COURT.**<br><br>Hearing:<br>Date: January 23, 2019<br>Time: 1:30 p.m.<br>Place: Courtroom 11<br>2500 Tulare St., 5th Floor<br>Fresno, California |

      **COMES NOW,** SOUTHERN INYO HEALTHCARE DISTRICT and submits the

1

Declaration of Chet Beedle in support of its Motion for Preliminary Injunction Against Vi Healthcare Finance, Inc., and for sequestration of tax revenues or further Order of this Court [Dkt.No.29].

Respectfully submitted this 18th day of December, 2018.

THE SHINBROT FIRM

By:/s/Jeffrey S. Shinbrot
Jeffrey S. Shinbrot, Special
Litigation Counsel for the Southern Inyo
Healthcare District

# DECLARATION OF CHET BEEDLE

I, Chet Beedle, declare as follows:

1. I am over the age of 18. I am the Chief Financial Officer the Southern Inyo Healthcare District ("Debtor" or "District"). I submit this declaration in support of Debtor's application for a preliminary injunction against Vi Healthcare Finance, Inc. ("Vi"). Unless otherwise stated, I have personal knowledge of the following facts.

2. I am personally familiar with the operations of the District and I keep documents related thereto in the ordinary course of the District's business and I am personally familiar with the District's account receivables and record keeping related thereto.

3. I am informed and I believe that on or about January 2, 2016, the District and HCCA entered into a Management Services Agreement ("MSA").

4. I am further informed and believe that pursuant to the MSA, HCCA was responsible for the management and collection of the District's accounts receivable.

5. During the period of January 31, 2016, through April 30, 2017, HCCA permitted the District's outstanding accounts receivable to increase by the amount of $1,914,321.48, without collection. I am informed and believe that little or no effort was made by HCCA to collect those accounts receivables. Additionally, HCCA failed to collect $1,377,109.87 in outstanding accounts receivables that was on the District's prior accounting system as of January 31, 2016. Based on the foregoing, HCCA permitted 3,291,431.35 of the District's account receivables to go uncollected.

6. Based on my experience, if reasonable efforts had been made to collect the District's accounts receivables in the amount of $3,291,435., the District would have collected approximately 50% of that amount, or approximately $1,645,716.00.

I under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: 12/17/18

_____
CHET BEEDLE