3

HAGOP T. BEDOYAN, CSB NO. 131285
**KLEIN, DENATALE, GOLDNER,**
  **COOPER, ROSENLIEB & KIMBALL LLP**
5260 N. Palm Avenue, Suite 205
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (661) 326-0418
E-mail: hbedoyan@kleinlaw.com

Attorneys for Healthcare Conglomerate Associates, LLC
and Vi Healthcare Finance, Inc.

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re: | Case No.: 16-10015-A-9 |
| SOUTHERN INYO HEALTHCARE DISTRICT, | Chapter 9 |
| Chapter 9 Debtor. | **Adv. Case No.: 18-01031-A** |
| | DCN: JSS-01 |
| SOUTHERN INYO HEALTHCARE DISTRICT, | |
| Plaintiff, | <u>Hearing</u><br>Date: January 23, 2019<br>Time: 2:00 p.m.<br>Place: 5th Fl. Ct. Rm. 11<br>      United States Bankruptcy Court<br>      2500 Tulare Street<br>      Fresno, CA |
| v. | |
| HEALTHCARE CONGLOMERATE ASSOCIATES, LLC; VI HEALTHCARE FINANCE, INC.; and DOES 1 through 10, | |
| Defendants. | Judge: Honorable Fredrick E. Clement |

**STIPULATION TO FURTHER CONTINUE HEARING ON MOTION FOR PRELIMINARY INJUNCTION AGAINST VI HEALTHCARE FINANCE, INC., FOR SEQUESTRATION OF TAX REVENUES PENDING FINAL RULING ON THE MERITS OF THIS ADVERSARY CASE OR FURTHER ORDER OF THIS COURT**

1    IT IS HEREBY STIPULATED AND AGREED by and between VI Healthcare Finance, Inc. ("Defendant") and Southern Inyo Healthcare District ("Plaintiff"), by counsel, as follows:

1. On November 1, 2018, the Plaintiff filed a *Motion for Preliminary Injunction Against VI Healthcare Finance, Inc., For Sequestration of Tax Revenues Pending Final Ruling On The Merits Of This Adversary Case Or Further Order Of This Court* (the "Motion") [Dkt. No. 29].

2. The hearing on the Motion was originally scheduled to take place on November 29, 2018 at 2:00 p.m.

3. On November 9, 2018, parties stipulated [Dkt. No. 39], and the court made its order approving the stipulation [Dkt. No. 43], to continue the hearing date and time to December 19, 2018, at 2:00 p.m.

4. On December 7, 2018, the Court made its order approving the parties Stipulation to Further Continue the Hearing with modifications from December 19, 2018 to January 23, 2019 at 2:00 p.m. [Dkt. No. 47].

5. Defendant and Plaintiff have had further discussions regarding the Motion and believe it would be mutually beneficial to have the hearing on the Motion continued again from January 23, 2019 at 2:00 p.m. to April 24, 2019 at 2:00 p.m.

6. Defendant and Plaintiff agree to continue the hearing on the Motion to April 24, 2019, at 2:00 p.m., provided that the Inyo County tax revenues at issue in the Motion (the "Tax Revenues") are protected from distribution to any party pending a determination on the Motion by the Court on April 24, 2019;

7. Plaintiff may further supplement the Motion on or before April 3, 2019. opposition to the Motion shall be served and filed no later than April 10, 2019, and any reply to the opposition shall be served and filed no later than April 17, 2019.

8. Plaintiff and Defendant agree that pending a determination on the Motion at the hearing on April 24, 2019 at 2:00 p.m., the Tax Revenues shall not be disbursed to either party and if any disbursement is inadvertently made, any and all Tax Revenues received shall be held and sequestered pending this Court's determination of the Motion.

///

9. This stipulation is without prejudice to the Defendant's right to oppose the Motion or otherwise oppose the adversary proceeding on the merits.

10. The Status Conference in this proceeding, currently scheduled for January 23, 2019, at 2:00 p.m., shall also be continued to April 24, 2019, at 2:00 p.m. and the parties will file a joint status report no later than 7 days prior to the continued hearing.

11. The parties stipulate and agree to entry of an order approving this Stipulation.

Dated: December 28, 2018

KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL LLP

By: _____
HAGOP T. BEDOYAN, Attorneys for Vi Healthcare Finance, Inc.

Dated: January 2, 2019

JEFFREY S. SHINBROT, APLC

By: _____
JEFFREY S. SHINBROT, Special Litigation Counsel for Southern Inyo Healthcare District

Filed 01/02/19   Case 18-01031   Doc 57