HAGOP T. BEDOYAN, CSB NO. 131285
**KLEIN, DENATALE, GOLDNER,**
　**COOPER, ROSENLIEB & KIMBALL LLP**
5260 N. Palm Avenue, Suite 205
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (661) 326-0418
E-mail: hbedoyan@kleinlaw.com

Attorneys for Healthcare Conglomerate Associates, LLC
and Vi Healthcare Finance, Inc.

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>SOUTHERN INYO HEALTHCARE DISTRICT,<br><br>Chapter 9 Debtor. | Case No.: 16-10015-A-9<br><br>Chapter 9<br><br>**Adv. Case No.: 18-01031-A**<br><br>DCN: JSS-01 |
| SOUTHERN INYO HEALTHCARE DISTRICT, plaintiff<br><br>v.<br><br>HEALTHCARE CONGLOMERATE ASSOCIATES, LLC; VI HEALTHCARE FINANCE, INC.; and DOES 1 through 10, defendants. | <u>Hearing</u><br>Date:　May 1, 2019<br>Time:　2:00 p.m.<br>Place:　5th Fl. Ct. Rm. 11<br>　　　　United States Bankruptcy Court<br>　　　　2500 Tulare Street<br>　　　　Fresno, CA<br><br>Judge:　Honorable Fredrick E. Clement |

### ORDER CONTINUING STATUS CONFERENCE AND APPROVING STIPULATION TO FURTHER CONTINUE HEARING ON MOTION FOR PRELIMINARY INJUCTION AGAINST VI HEALTHCARE FINANCE, INC., FOR SEQUESTRATION OF TAX REVENUES PENDING FINAL RULING ON THE MERITS OF THIS ADVERSARY CASE OR FURTHER ORDER OF THIS COURT

Based upon the stipulation filed concurrently with this order to further continue the hearing on the *Motion for Preliminary Injunction Against VI Healthcare Finance, Inc., for Sequestration of Tax Revenues Pending Final Ruling on The Merits of This Adversary Case or*

RECEIVED
April 01, 2019
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006476728

*Further Order of This Court* (the "Motion") [Dkt. No. 29], and good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The hearing on the Motion shall be further continued from May 1, 2019, at 2:00 p.m. to June 26, 2019 at 2:00 p.m.;

2. Southern Inyo Healthcare District ("Plaintiff") may supplement the Motion on or before June 5, 2019;

3. Vi Healthcare Finance Inc.'s ("Vi'") opposition to the Motion shall be served and filed no later than June 12, 2019;

4. Plaintiff's reply, if any, to the opposition shall be served and filed no later than June 19, 2019;

5. Pending a determination on the Motion at the hearing on June 26, 2019 at 2:00 p.m., the Inyo County tax revenues at issue in the Motion (the "Tax Revenues") shall not be disbursed to either party and if any disbursement is inadvertently made, any and all Tax Revenues received shall be held and sequestered pending this Court's determination of the Motion.

6. The stipulation continuing the hearing on the Motion and this order shall be without prejudice to VI's rights to oppose the Motion and otherwise oppose this adversary proceeding on the merits.

7. The Status Conference in this proceeding, currently scheduled for May 1, 2019, at 2:00 p.m., shall be continued to June 26, 2019, at 2:00, with the parties to file a joint status report no later than 7 days prior to the continued hearing.

~~Dated:~~

8. Not later than June 19, 2019, the parties shall file a joint statement of readiness for decision with respect to the motion.

Dated: Apr 02, 2019

_____
Fredrick E. Clement
United States Bankruptcy Judge

A.P. 18-01031

- 2 -

ORDER CONTINUING STATUS CONFERENCE
AND APPROVING STIPULATION TO FURTHER
CONTINUE HEARING ON MTN FOR
PRELIMINARY INJUNCITON JSS-1