4

HAGOP T. BEDOYAN, CSB NO. 131285
**KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL LLP**
5260 N. Palm Avenue, Suite 205
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (661) 326-0418
E-mail: hbedoyan@kleinlaw.com

Attorneys for Healthcare Conglomerate Associates, LLC
and Vi Healthcare Finance, Inc.

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>SOUTHERN INYO HEALTHCARE DISTRICT,<br><br>Chapter 9 Debtor. | Case No.: 16-10015-A-9<br><br>Chapter 9<br><br>**Adv. Case No.: 18-01031-A**<br><br>DCN: JSS-01 |
| SOUTHERN INYO HEALTHCARE DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE CONGLOMERATE ASSOCIATES, LLC; VI HEALTHCARE FINANCE, INC.; and DOES 1 through 10,<br><br>Defendants. | Hearing<br>Date: June 26, 2019<br>Time: 2:00 p.m.<br>Place: 5th Fl. Ct. Rm. 11<br>United States Bankruptcy Court<br>2500 Tulare Street<br>Fresno, CA<br><br>Judge: Honorable Fredrick E. Clement |

**STIPULATION TO FURTHER CONTINUE STATUS CONFERENCE AND HEARING ON MOTION FOR PRELIMINARY INJUCTION AGAINST VI HEALTHCARE FINANCE, INC., FOR SEQUESTRATION OF TAX REVENUES PENDING FINAL RULING ON THE MERITS OF THIS ADVERSARY CASE OR FURTHER ORDER OF THIS COURT**

IT IS HEREBY STIPULATED AND AGREED by and between VI Healthcare Finance, Inc. ("Defendant") and Southern Inyo Healthcare District ("Plaintiff"), by counsel, as follows:

1. On November 1, 2018, the Plaintiff filed a *Motion for Preliminary Injunction Against VI Healthcare Finance, Inc., For Sequestration of Tax Revenues Pending Final Ruling On The Merits Of This Adversary Case Or Further Order Of This Court* (the "Motion") [Dkt. No. 29].

2. The hearing on the Motion was originally scheduled to take place on November 29, 2018 at 2:00 p.m.

3. On November 9, 2018, parties stipulated [Dkt. No. 39], and the court made its order approving the stipulation [Dkt. No. 43], to continue the hearing date and time to December 19, 2018, at 2:00 p.m.

4. On December 7, 2018, the Court made its order approving the parties Stipulation to Further Continue the Hearing with modifications from December 19, 2018 to January 23, 2019 at 2:00 p.m. [Dkt. No. 47].

5. On January 2, 2109, the parties stipulated [Dkt. No. 57] to further continue the hearing date and time on the Motion to April 24, 2019 [Dkt. No. 57].

6. The Court made its *Order Continuing Status Conference and Order Approving Stipulation to Further Continue Hearing on Motion for Preliminary Injunction against Vi Healthcare Finance, Inc., for Sequestration of Tax Revenues Pending Final Ruling on the Merits of this Adversary Case or Further Order of this Court*, which continued hearing on the Motion to May 1, 2019 at 2:00 p.m. and also continued the Status Conference in the adversary proceeding to May 1, 2019 at 2:00 p.m. [Dkt. No. 59].

7. Based upon the stipulation of the parties, on April 2, 2019, the Court made a subsequent *Order Continuing Status Conference and Order Approving Stipulation to Further Continue Hearing on Motion for Preliminary Injunction against Vi Healthcare Finance, Inc., for Sequestration of Tax Revenues Pending Final Ruling on the Merits of this Adversary Case or Further Order of this Court*, which continued hearing on the Motion to June 26, 2019 at 2:00 p.m. and also continued the Status Conference in the adversary proceeding to June 26, 2019 at 2:00 p.m. [Dkt. No. 62].

8. Since the Court's last order continuing the hearing on the Motion, the Plaintiff has retained new general bankruptcy counsel and has agreed to mediate its disputes with the Defendants in this adversary proceeding sometime in July of this year at a date, time and place to be determined.

9. Under the circumstances, Defendant and Plaintiff believe it would be mutually beneficial to wait and see if the proposed mediation will be successful and have agreed to continue the hearing again on the Motion from June 26, 2019, at 2:00 p.m. to August 28, 2019, at 2:00 p.m.

10. Defendant and Plaintiff agree to continue the hearing on the Motion to August 28, 2019, at 2:00 p.m., provided that the Inyo County tax revenues at issue in the Motion (the "Tax Revenues") are protected from distribution to any party pending a determination on the Motion by the Court on August 28, 2019;

11. Plaintiff may further supplement the Motion on or before August 7, 2019. Defendant's opposition to the Motion shall be served and filed no later than August 14, 2019, and any reply to the opposition shall be served and filed no later than August 21, 2019.

12. Plaintiff and Defendant agree that pending a determination on the Motion at the hearing on August 28, 2019 at 2:00 p.m., the Tax Revenues shall not be disbursed to either party and if any disbursement is inadvertently made, any and all Tax Revenues received shall be held and sequestered pending this Court's determination of the Motion.

13. This stipulation is without prejudice to the Defendant's right to oppose the Motion or otherwise oppose the adversary proceeding on the merits.

14. The Status Conference in this proceeding, currently scheduled for June 26, 2019, at 2:00 p.m. shall also be continued to August 28, 2019, at 2:00 p.m. and the parties will file a joint status report and a joint statement of readiness for decision with respect to the Motion no later than August 21, 2019.

///

///

///

15. The parties stipulate and agree to entry of an order approving this Stipulation.

Dated: June 3, 2019

KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL LLP

By: ______________________
**HAGOP T. BEDOYAN,** Attorneys for Vi Healthcare Finance, Inc. and Healthcare Conglomerate Associates, LLC

Dated: June 3, 2019

JEFFREY S. SHINBROT, APLC

By: /s/ Jeffrey S. Shinbrot
**JEFFREY S. SHINBROT**, Special Litigation Counsel for Southern Inyo Healthcare District