4

1    HAGOP T. BEDOYAN, CSB NO. 131285
2    **KLEIN, DENATALE, GOLDNER,**
       **COOPER, ROSENLIEB & KIMBALL LLP**
3    5260 N. Palm Avenue, Suite 205
     Fresno, California 93704
4    Telephone: (559) 438-4374
     Facsimile: (661) 326-0418
5    E-mail: hbedoyan@kleinlaw.com

6

7    Attorneys for Healthcare Conglomerate Associates, LLC
     and Vi Healthcare Finance, Inc.
8

9               **UNITED STATES BANKRUPTCY COURT**

10          **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| 11   In re: | Case No.: 16-10015-A-9 |
| 12   SOUTHERN INYO HEALTHCARE DISTRICT, | Chapter 9 |
| 13 | |
| 14            Chapter 9 Debtor. | **Adv. Case No.: 18-01031-A** |
| | DCN: JSS-01 |
| 15   SOUTHERN INYO HEALTHCARE DISTRICT, | |
| 16 | Hearing |
| 17            Plaintiff, | Date: August 28, 2019 |
| | Time: 2:00 p.m. |
| 18            v. | Place: 5th Fl. Ct. Rm. 11 |
| |        United States Bankruptcy Court |
| 19   HEALTHCARE CONGLOMERATE |        2500 Tulare Street |
| 20   ASSOCIATES, LLC; VI HEALTHCARE FINANCE, INC.; and DOES 1 through 10, |        Fresno, CA |
| | Judge: Honorable Fredrick E. Clement |
| 21            Defendants. | |
| 22 | |

23

24      **STIPULATION TO RELEASE LIMITED TAX REVENUES FOR PURPOSES OF**
25        **PAYING MEDIATOR'S FEES AND TO FURTHER CONTINUE STATUS**
      **CONFERENCE AND HEARING ON MOTION FOR PRELIMINARY INJUNCTION**
26    **AGAINST VI HEALTHCARE FINANCE, INC., FOR SEQUESTRATION OF TAX**
    **REVENUES PENDING FINAL RULING ON THE MERITS OF THIS ADVERSARY**
27         **CASE OR FURTHER ORDER OF THIS COURT**

28

1    IT IS HEREBY STIPULATED AND AGREED by and between VI Healthcare Finance,

2    Inc. ("Defendant") and Southern Inyo Healthcare District ("Plaintiff"), by counsel, as follows:

3        1.        On November 1, 2018, the Plaintiff filed a *Motion for Preliminary Injunction*

4    *Against VI Healthcare Finance, Inc., For Sequestration of Tax Revenues Pending Final Ruling On*

5    *The Merits Of This Adversary Case Or Further Order Of This Court* (the "Motion") [Dkt. No. 29].

6        2.        The hearing on the Motion was originally scheduled to take place on November 29,

7    2018 at 2:00 p.m.

8        3.        On November 9, 2018, parties stipulated [Dkt. No. 39], and the court made its

9    order approving the stipulation [Dkt. No. 43], to continue the hearing date and time to December

10   19, 2018, at 2:00 p.m.

11       4.        On December 7, 2018, the Court made its order approving the parties Stipulation

12   to Further Continue the Hearing with modifications from December 19, 2018 to January 23, 2019

13   at 2:00 p.m. [Dkt. No. 47].

14       5.        On January 2, 2109, the parties stipulated [Dkt. No. 57] to further continue the

15   hearing date and time on the Motion to April 24, 2019 [Dkt. No. 57].

16       6.        The Court made its *Order Continuing Status Conference and Order Approving*

17   *Stipulation to Further Continue Hearing on Motion for Preliminary Injunction against Vi*

18   *Healthcare Finance, Inc., for Sequestration of Tax Revenues Pending Final Ruling on the Merits*

19   *of this Adversary Case or Further Order of this Court*, which continued hearing on the Motion to

20   May 1, 2019 at 2:00 p.m. and also continued the Status Conference in the adversary proceeding to

21   May 1, 2019 at 2:00 p.m. [Dkt. No. 59].

22       7.        Based upon the stipulation of the parties, on April 2, 2019, the Court made a

23   subsequent *Order Continuing Status Conference and Order Approving Stipulation to Further*

24   *Continue Hearing on Motion for Preliminary Injunction against Vi Healthcare Finance, Inc., for*

25   *Sequestration of Tax Revenues Pending Final Ruling on the Merits of this Adversary Case or*

26   *Further Order of this Court*, which continued hearing on the Motion to June 26, 2019 at 2:00

27   p.m. and also continued the Status Conference in the adversary proceeding to June 26, 2019 at

28   2:00 p.m. [Dkt. No. 62].

8.     Based upon the stipulation of the parties, on June 6, 2019, the Court made a

subsequent *Order Continuing Status Conference and Order Approving Stipulation to Further*

*Continue Hearing on Motion for Preliminary Injunction against Vi Healthcare Finance, Inc., for*

*Sequestration of Tax Revenues Pending Final Ruling on the Merits of this Adversary Case or*

*Further Order of this Court*, which continued hearing on the Motion to August 28, 2019 at 2:00

p.m. and also continued the Status Conference in the adversary proceeding to August 28, 2019 at

2:00 p.m. [Dkt. No. 66].

9.     Since the Court's last order continuing the hearing on the Motion, the parties have

agreed to participate in a mediation session on August 15, 2019 with the Hon. Randall J.

Newsome (Ret.) in the Los Angeles area for purposes of attempting to resolve the disputes which

are the subject of the above-referenced adversary proceeding.

10.    Under the circumstances, Defendant and Plaintiff believe it would be mutually

beneficial to wait and see if the proposed mediation will be successful and have agreed to

continue the hearing again on the Motion from August 28, 2019, at 2:00 p.m. to October 16,

2019, at 2:00 p.m.

11.    Defendant and Plaintiff agree to continue the hearing on the Motion to October 16,

2019, at 2:00 p.m., provided that the Inyo County tax revenues at issue in the Motion (the "Tax

Revenues") are protected from distribution to any party pending a determination on the Motion

by the Court on October 16, 2019; provided however, that the parties agree that funds not to

exceed $15,000 from the Tax Revenues may be released by Inyo County directly to JAMS for the

sole purpose of paying the mediator's fees for Judge Newsome.

12.    Defendant and Plaintiff agree that the release of funds from Inyo County to JAMS

shall not constitute a precedent for further releases in the future and that both parties reserve all of

their respective rights with respect to Tax Revenues pending further orders of the Court.

13.    Plaintiff may further supplement the Motion on or before September 25, 2019.

Defendant's opposition to the Motion shall be served and filed no later than October 2, 2019, and

any reply to the opposition shall be served and filed no later than October 9, 2019.

/ / /

STIPULATION TO FURTHER CONTINUE HEARING
ON PRELIM. INJUNCTION JSS-1

14.     Plaintiff and Defendant agree that pending a determination on the Motion at the hearing on October 16, 2019 at 2:00 p.m., the Tax Revenues, with the exception of an amount not to exceed $15,000 for the costs of JAMS mediation, shall not be disbursed to either party and if any disbursement is inadvertently made, any and all Tax Revenues received shall be held and sequestered pending this Court's determination of the Motion.

15.     This stipulation is without prejudice to the Defendant's right to oppose the Motion or otherwise oppose the adversary proceeding on the merits.

16.     The Status Conference in this proceeding, currently scheduled for August 28, 2019, at 2:00 p.m. shall also be continued to October 16, 2019, at 2:00 p.m. and the parties will file a joint status report and a joint statement of readiness for decision with respect to the Motion no later than October 9, 2019.

17.     The parties stipulate and agree to entry of an order approving this Stipulation.

Dated: July 18, 2019                    KLEIN, DENATALE, GOLDNER, COOPER,
                                        ROSENLIEB & KIMBALL LLP


                                        By: _____
                                            HAGOP T. BEDOYAN, Attorneys for Vi
                                            Healthcare Finance, Inc. and Healthcare
                                            Conglomerate Associates, LLC


Dated: July 17, 2019                    JEFFREY S. SHINBROT, APLC


                                        By: _____
                                            JEFFREY S. SHINBROT, Special
                                            Litigation Counsel for Southern Inyo
                                            Healthcare District