**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

| | |
|---|---|
| **Case Title:** Southern Inyo Healthcare District | **Case No.:** 16-10015 - A - 9  **Adv No.:** 18-01031 |
| **Adversary Title:** Southern Inyo Healthcare District v. Healthcare Conglomerate Associates, LLC et al | |
| | **Docket Control No.**  **Date:** 08/28/2019  **Time:** 2:00 PM |

**Matter:** Continued Status Conference Re: Complaint - [1] - [1] - (81 (Subordination of claim or interest)) : Complaint 18-01031 by Southern Inyo Healthcare District against Healthcare Conglomerate Associates, LLC, Vi Healthcare Finance, Inc.. (Fee Amount of $350.00 is Exempt.) (eFilingID: 6290154) (tjof). Modified on 5/30/2018 (tjof).

**Judge:** Fredrick E. Clement
**Courtroom Deputy:** Rosalia Estrada
**Reporter:** Not Recorded
**Department:** A

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

**CIVIL MINUTES**

The Status Conference is continued to October 21, 2019 at 1:30 p.m. to be heard in Sacramento at: 501 I Street, Sacramento, CA, Courtroom 28, located on the 7th floor. This supersedes the order dated July 20, 2019, ECF #69. The court will issue a civil minute order. Parties may appear by phone.