**4**

1   HAGOP T. BEDOYAN, CSB NO. 131285
2   **KLEIN, DENATALE, GOLDNER,**
      **COOPER, ROSENLIEB & KIMBALL LLP**
3   5260 N. Palm Avenue, Suite 205
    Fresno, California 93704
4   Telephone: (559) 438-4374
    Facsimile: (661) 326-0418
5   E-mail: hbedoyan@kleinlaw.com

6

7   Attorneys for Healthcare Conglomerate Associates, LLC
    and Vi Healthcare Finance, Inc.

8

9               **UNITED STATES BANKRUPTCY COURT**

10     **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

11   In re:                          Case No.: 16-10015-A-9

12   SOUTHERN INYO HEALTHCARE        Chapter 9
    DISTRICT,
13

14            Chapter 9 Debtor.         **Adv. Case No.: 18-01031-A**

                                         DCN: JSS-01

15   SOUTHERN INYO HEALTHCARE
    DISTRICT,                        Hearing
16                                        Date:   October 21, 2019
              Plaintiff,            Time:   1:30 p.m.
17                                       Place:   Dept. A, 7th Floor
          v.                                   United States Bankruptcy Court
18                                          501 I Street
19   HEALTHCARE CONGLOMERATE       Sacramento, CA
    ASSOCIATES, LLC; VI HEALTHCARE
20   FINANCE, INC.; and DOES 1 through 10,    Judge:   Honorable Fredrick E. Clement
21            Defendants.
22

23     **STIPULATION TO FURTHER CONTINUE STATUS CONFERENCE AND HEARING**
       **ON MOTION FOR PRELIMINARY INJUCTION AGAINST VI HEALTHCARE**
24    **FINANCE, INC., FOR SEQUESTRATION OF TAX REVENUES PENDING FINAL**
    **RULING ON THE MERITS OF THIS ADVERSARY CASE OR FURTHER ORDER OF**
25                                     **THIS COURT**

26        IT IS HEREBY STIPULATED AND AGREED by and between VI Healthcare Finance,

27   Inc. ("Defendant") and Southern Inyo Healthcare District ("Plaintiff"), by counsel, as follows:

28   ///

1.     On November 1, 2018, the Plaintiff filed a *Motion for Preliminary Injunction Against VI Healthcare Finance, Inc., For Sequestration of Tax Revenues Pending Final Ruling On The Merits Of This Adversary Case Or Further Order Of This Court* (the "Motion") [Dkt. No. 29].

2.     The hearing on the Motion was originally scheduled to take place on November 29, 2018 at 2:00 p.m.

3.     On November 9, 2018, parties stipulated [Dkt. No. 39], and the court made its order approving the stipulation [Dkt. No. 43], to continue the hearing date and time to December 19, 2018, at 2:00 p.m.

4.     On December 7, 2018, the Court made its order approving the parties Stipulation to Further Continue the Hearing with modifications from December 19, 2018 to January 23, 2019 at 2:00 p.m. [Dkt. No. 47].

5.     On January 2, 2109, the parties stipulated [Dkt. No. 57] to further continue the hearing date and time on the Motion to April 24, 2019 [Dkt. No. 57].

6.     The Court made its *Order Continuing Status Conference and Order Approving Stipulation to Further Continue Hearing on Motion for Preliminary Injunction against Vi Healthcare Finance, Inc., for Sequestration of Tax Revenues Pending Final Ruling on the Merits of this Adversary Case or Further Order of this Court*, which continued hearing on the Motion to May 1, 2019 at 2:00 p.m. and also continued the Status Conference in the adversary proceeding to May 1, 2019 at 2:00 p.m. [Dkt. No. 59].

7.     Based upon the stipulation of the parties, on April 2, 2019, the Court made a subsequent *Order Continuing Status Conference and Order Approving Stipulation to Further Continue Hearing on Motion for Preliminary Injunction against Vi Healthcare Finance, Inc., for Sequestration of Tax Revenues Pending Final Ruling on the Merits of this Adversary Case or Further Order of this Court*, which continued hearing on the Motion to June 26, 2019 at 2:00 p.m. and also continued the Status Conference in the adversary proceeding to June 26, 2019 at 2:00 p.m. [Dkt. No. 62].

8.     Based upon the stipulation of the parties, on June 6, 2019, the Court made a subsequent *Order Continuing Status Conference and Order Approving Stipulation to Further*

STIPULATION TO FURTHER CONTINUE HEARING
ON PRELIM. INJUNCTION JSS-1

1   *Continue Hearing on Motion for Preliminary Injunction against Vi Healthcare Finance, Inc., for*

2   *Sequestration of Tax Revenues Pending Final Ruling on the Merits of this Adversary Case or*

3   *Further Order of this Court*, which continued hearing on the Motion to August 28, 2019 at 2:00

4   p.m. and also continued the Status Conference in the adversary proceeding to August 28, 2019 at

5   2:00 p.m. [Dkt. No. 66].

6           9.      Based upon the stipulation of the parties, on July 20, 2019, the Court made a

7   subsequent *Order Continuing Status Conference, Approving Stipulation to release Limited Tax*

8   *Revenues for Purposes of Paying Mediator's Fees and Continuing Hearing on Motion for*

9   *Preliminary Injunction against Vi Healthcare Finance, Inc., for Sequestration of Tax Revenues*

10  *Pending Final Ruling on the Merits of this Adversary Case or Further Order of this Court*, which

11  continued the hearing on the Motion and the Status Conference in this adversary proceeding to

12  October 16, 2019 at 2:00 p.m. [Dkt. No. 69].  On September 2, 2019, the Court made another

13  order continuing the Motion to the Sacramento calendar at October 21, 2019 at 1:30 p.m. (Dkt.

14  No. 75].

15          10.     On September 11, 2019, the parties participated in JAMS mediation with the Hon.

16  Randall J. Newsome (Ret.) in Los Angeles.  While the mediation ultimately did not conclude in a

17  settlement, the parties continue to explore settlement and believe another continuance of both the

18  hearing on the Motion and the status conference in the adversary proceeding for another sixty

19  (60) days would be helpful to that endeavor.

20          11.     Under the circumstances, Defendant and Plaintiff have agreed to continue the

21  hearing on the Motion again from October 21, 2019, at 1:30 p.m. to December 16, 2019, at 1:30

22  p.m.

23          12.     Defendant and Plaintiff agree to continue the hearing on the Motion to December

24  16, 2019, at 1:30 p.m., provided that the Inyo County tax revenues at issue in the Motion (the

25  "Tax Revenues") are protected from distribution to any party pending a determination on the

26  Motion by the Court on December 16, 2019.

27  / / /

28  / / /

STIPULATION TO FURTHER CONTINUE HEARING
ON PRELIM. INJUNCTION JSS-

1    13.    Plaintiff may further supplement the Motion on or before November 25, 2019.

2    Defendant's opposition to the Motion shall be served and filed no later than December 2, 2019,

3    and any reply to the opposition shall be served and filed no later than December 9, 2019.

4         14.    Plaintiff and Defendant agree that pending a determination on the Motion at the

5    hearing on December 16, 2019 at 1:30 p.m., the Tax Revenues shall not be disbursed to either

6    party and if any disbursement is inadvertently made, any and all Tax Revenues received shall be

7    held and sequestered pending this Court's determination of the Motion.

8         15.    This stipulation is without prejudice to the Defendant's right to oppose the Motion

9    or otherwise oppose the adversary proceeding on the merits.

10        16.    The Status Conference in this adversary proceeding, currently scheduled for

11   October 21, 2019, at 1:30 p.m. shall also be continued to December 16, 2019, at 1:30 p.m. and the

12   parties will file a joint status report and a joint statement of readiness for decision with respect to

13   the Motion no later than December 9, 2019.

14        17.    The parties stipulate and agree to entry of an order approving this Stipulation.

15

16   Dated: September 25, 2019                KLEIN, DENATALE, GOLDNER, COOPER,
                                              ROSENLIEB & KIMBALL LLP
17

18                                           By: _____
                                                 HAGOP T. BEDOYAN, Attorneys for Vi
19                                               Healthcare Finance, Inc. and Healthcare
                                                 Conglomerate Associates, LLC
20

21   Dated: September 24, 2019                JEFFREY S. SHINBROT, APLC

22

23                                           By: _____
                                                 JEFFREY S. SHINBROT, Special
24                                               Litigation Counsel for Southern Inyo
                                                 Healthcare District
25

26

27

28

- 4 -                    STIPULATION TO FURTHER CONTINUE HEARING
                         ON PRELIM. INJUNCTION JSS-1