HAGOP T. BEDOYAN, CSB No. 131285
**KLEIN, DeNATALE, GOLDNER,**
 **COOPER, ROSENLIEB & KIMBALL LLP**
5260 N. Palm Avenue, Suite 205
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (661) 326-0418
E-mail: hbedoyan@kleinlaw.com

Attorneys for HealthCare Conglomerate Associates, LLC.,
Vi Healthcare Finance, Inc.

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>SOUTHERN INYO HEALTHCARE DISTRICT,<br><br>Debtor.<br>_____<br>SOUTHERN INYO HEALTHCARE DISTRICT,<br><br>vs.<br><br>HEALTHCARE CONGLOMERATE ASSOCIATES, LLC; VI HEALTHCARE FINANCE, INC.; and DOES 1 through 10,<br><br>Defendants. | Case No. 16-10015-A-9<br><br>Chapter 9<br><br>**Adv. Case No.: 18-01031-A**<br><br>DC NO.: KDG-1<br><br><br><br><br>Judge:   Honorable Fredrick E. Clement |

### SUBSTITUTION OF ATTORNEYS FOR VI HEALTHCARE FINANCE, INC. AND HEALTHCARE CONGLOMERATE ASSOCIATES, LLC

TO ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that in accordance with Local Rule 2017-1(h), Healthcare Conglomerate Associates, LLC ("HCCA") and Vi Healthcare Finance, Inc., hereby substitute Oliver W. Wanger and Wanger Jones Helsley PC ("WJH"), located at 265 E. River Park Circle, Suite 310, Fresno, California 93720, (559) 233 as their attorneys of record in the above-captioned bankruptcy case in place of Hagop T. Bedoyan and the Klein DeNatale Goldner, Cooper, Rosenlieb and Kimball, LLP.

Consent is hereby given to the above substitution.

Dated: October 15, 2019　　　WANGER JONES HELSLEY PC

By: _____
　　OLIVER W. WANGER

Dated: October 15, 2019　　　KLEIN, DENATALE, GOLDNER, COOPER,
　　　　　　　　　　　　　　　ROSENLIEB & KIMBALL LLP

By: _____
　　HAGOP T. BEDOYAN

Dated: October ____, 2019　　HEALTHCARE CONGLOMERATE
　　　　　　　　　　　　　　　ASSOCIATES, LLC

By: _____
　　YORAI "BENNY" BENZEEVI
　　(Managing Member)

Dated: October ____, 2019　　VI HEALTHCARE FINANCE, INC.

By: _____
　　YORAI "BENNY" BENZEEVI
　　President