**3**

**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Oliver W. Wanger #40331
Christopher A. Lisieski #321862

Attorneys for Creditors, HEALTHCARE CONGLOMERATE ASSOCIATES, LLC and VI
HEALTHCARE FINANCE, INC.

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 16-bk-10015-FEC |
| SOUTHERN INYO HEALTHCARE DISTRICT, | Chapter 9 |
| | Adv. Case No. 18-01031 |
| Debtor, | |
| | JSS1 |
| | **STIPULATION TO CONTINUE MOTION FOR PRELIMINARY INJUNCTION AGAINST VI HEALTHCARE FINANCE, INC., FOR SEQUESTRATION OF TAX REVENUES PENDING FINAL RULING ON THE MERITS OF THIS ADVERSARY CASE OR FURTHER ORDER OF THIS COURT** |
| | **DATE:** **December 16, 2019** **TIME:** **9:00 a.m.** **PLACE:** **501 I Street** **Sacramento, California 95814** **Courtroom 28** |

{7977/006/01033848.DOCX}                                    1

**TO THE HONORABLE FREDERICK E. CLEMENT, UNITED STATES BANRUPTCY JUDGE AND ALL PARTIES OF INTEREST:**

Southern Inyo Healthcare District ("Debtor"), and Vi Healthcare Finance, Inc., ("Vi"), (collectively "Parties") by and through their undersigned counsel, enter into this Stipulation to Continue Motion for Preliminary Injunction Against Vi Healthcare Finance, Inc., for Sequestration of Tax Revenues Pending Final Ruling on the Merits of this Adversary Case or Further Order of this Court ("Stipulation") as follows:

**RECITALS**

1.      On November 1, 2018, Debtor filed Notice of Motion and Motion for Preliminary Injunction Against Vi Healthcare Finance, Inc., for Sequestration of Tax Revenues Pending Final Ruling on the Merits of this Adversary Case or Further Order of this Court ("Hearing") (Doc. 29).

2.      On October 4, 2019, the Parties filed a Stipulation to Further Continue Status Conference and Hearing on Motion for Preliminary Injunction Against Vi Healthcare Finance, Inc. for Sequestration of Tax Revenues, etc., to December 16, 2019 (Doc. 78).

3.      The Parties have engaged in settlement discussions. A Notice of Settlement was filed in the Main Case (16-10015-A-9) on November 20, 2019 (Doc. 781). The Parties wish to continue the Hearing to January 28, 2020 in order to prepare and have executed a Settlement Agreement.

4.      Defendant and Plaintiff agree to continue the hearing on the Motion to February 24, 2020, at 1:30 p.m., provided that the Inyo County tax revenues at issue in the Motion (the "Tax Revenues") are protected from distribution to any party pending a determination on the Motion by the Court on February 24, 2020.

**STIPULATION**

NOW THEREFORE, based upon the foregoing recitals, and subject to Court approval, the Parties hereby stipulate and agree as follows:

a.      The hearing on the Notice of Motion and Motion for Preliminary Injunction Against Vi Healthcare Finance, Inc., for Sequestration of Tax Revenues Pending Final Ruling on the Merits of this Adversary Case or Further Order of this Court shall be continued to February 24, 2020, from December 16, 2019;

1    b.    Vi's opposition to the Motion shall be filed and served no later than February 10, 2020;

2    c.    Debtor's reply, if any, shall be filed and served no later than February 18, 2020;

3    d.    The Inyo County tax revenues at issue in the Motion (the "Tax Revenues") are

4    protected from distribution to any party pending a determination on the Motion by the Court on

5    February 24, 2020.

6

7        IT IS SO STIPULATED.

8    Dated: December 2, 2019.                    WANGER JONES HELSLEY PC

9                                            By_____

10                                            Oliver W. Wanger
                                            Christopher A. Lisieski
11                                            Attorneys for HEALTHCARE
                                            CONGLOMERTE ASSOCIATES, LLC
12                                            and VI HEALTHCARE FINANCE, INC.

13

14   Dated: December 2, 2019.                    JEFFREY S. SHINBROT, APLC

15                                            By_____

16                                            Jeffrey S. Shinbrot
                                            Attorney for Debtor SOUTHERN
17                                            INYO HEALTHCARE DISTRICT

18

19

20

21

22

23

24

25

26

27

28

{7977/006/01033848.DOCX}                              3

STIPULATION TO CONTINUE MOTION FOR PRELIMINARY INJUNCTION AGAINST VI HEALTHCARE
FINANCE, INC., FOR SEQUESTRATION OF TAX REVENUES PENDING FINAL RULING ON THE MERITS OF
THIS ADVERSARY CASE OR FURTHER ORDER OF THIS COURT