# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

---

**Case Title:** Southern Inyo Healthcare District
**Adversary Title:** Southern Inyo Healthcare District v. Healthcare Conglomerate Associates, LLC et al

**Case No.:** 16-10015 - A - 9
**Adv No.:** 18-01031

**Docket Control No.**
**Date:** 12/16/2019
**Time:** 1:30 PM

**Matter:** Continued Status Conference Re: Complaint - [1] - (81 (Subordination of claim or interest)) : Complaint 18-01031 by Southern Inyo Healthcare District against Healthcare Conglomerate Associates, LLC, Vi Healthcare Finance, Inc.. (Fee Amount of $350.00 is Exempt.) (eFilingID: 6290154) (tjof). Modified on 5/30/2018 (tjof).

**Judge: Fredrick E. Clement**
**Courtroom Deputy: Janice Busch**
**Reporter: Not Recorded**
**Department: A**

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

### CIVIL MINUTES

The status conference is continued to *March 9, 2020, at 1:30 p.m. to coincide with the continued hearing on the motion for preliminary injunction, JSS-1. Not later than February 24, 2020, the parties shall file a joint status report.

*Previously February 24, 2020, at 1:30 p.m. which has been canceled and is no longer an available hearing date.