**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Southern Inyo Healthcare District,<br>Debtor. | ) Case No.: 16-10015 - A - 9<br>) Adv No.: 18-01031<br>)<br>) Docket Control No.: JSS-1<br>) Document No.: 29<br>) |
| Southern Inyo Healthcare District v. Healthcare Conglomerate Associates, LLC et al | ) Date: 12/16/2019<br>)<br>) Time: 1:30 PM<br>)<br>) Dept: A |

**Order**

IT IS ORDERED that the Motion for Preliminary Injunction is continued to March 9, 2020, at 1:30 p.m. in Courtroom 28, Seventh Floor, 501 I Street, Sacramento, California.

Dated: Dec 19, 2019

_____
Fredrick E. Clement
United States Bankruptcy Judge

[29] - Motion/Application for Preliminary Injunction [JSS-1] Filed by Plaintiff Southern Inyo Healthcare District (rpaf) [29] - Notice of Hearing Re: [29] Motion/Application for Preliminary Injunction [JSS-1] to be held on 11/29/2018 at 01:30 PM at Fresno Courtroom 11, Department A. (rpaf)