**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Southern Inyo Healthcare District,<br>Debtor. | Case No.: 16-10015 - A - 9<br>Adv No.: 18-01031<br>Docket Control No.:<br>Document No.: 1 |
| Southern Inyo Healthcare District v. Healthcare Conglomerate Associates, LLC et al | Date: 12/16/2019<br>Time: 1:30 PM<br>Dept: A |

**Order**

IT IS ORDERED that the status conference is continued to March 9, 2020, at 1:30 p.m. in Courtroom 28, Seventh Floor, 501 I Street, Sacramento, California.

IT IS FURTHER ORDERED that not later than February 24, 2020, parties shall file a joint status report.

Dated: Dec 19, 2019

Fredrick E. Clement
United States Bankruptcy Judge

Continued Status Conference Re: Complaint - [1] - (81 (Subordination of claim or interest)) : Complaint 18-01031 by Southern Inyo Healthcare District against Healthcare Conglomerate Associates, LLC, Vi Healthcare Finance, Inc.. (Fee Amount of $350.00 is Exempt.) (eFilingID: 6290154) (tjof). Modified on 5/30/2018 (tjof).