**4**

JEFFREY S. SHINBROT, ESQ. (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
15260 Ventura Blvd., Suite 1200
Sherman Oaks, California 91403
Telephone: (310) 659-5444
Fax: (310) 878-8304

Attorneys for Southern Inyo Healthcare District

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No.: 16-10015-A-9 |
| SOUTHERN INYO HEALTHCARE DISTRICT, | Chapter 9 |
| Chapter 9 Debtor. | **Adv. Case No.: 18-01031-A** |
| | DCN: JSS-01 |
| SOUTHERN INYO HEALTHCARE DISTRICT, | Hearing |
| Plaintiff, | Date: March 30, 2020 |
| v. | Time: 1:30 p.m. |
| | Place: Dept. A, 7th Floor |
| HEALTHCARE CONGLOMERATE ASSOCIATES, LLC; VI HEALTHCARE FINANCE, INC.; and DOES 1 through 10, | United States Bankruptcy Court 501 I Street Sacramento, CA |
| Defendants. | Judge: Honorable Fredrick E. Clement |

### STIPULATION OF WITHDRAWAL OF MOTION FOR

### PRELIMINARY INJUNCTION AGAINST VI HEALTHCARE FINANCE, INC.,

### FOR SEQUESTRATION OF TAX REVENUES AND

### FOR DISMISSAL OF ADVERSARY CASE.

COMES NOW, VI Healthcare Finance, Inc. ("Defendant") and Southern Inyo Healthcare District (the "Debtor" or "Plaintiff"), by and through their counsel of record counsel (collectively the "Parties"), as hereby stipulation and agree as follows:

1.     On May 30, 2018, the Debtor filed its Complaint against Healthcare Conglomerate Associates, LLC and Vi Healthcare Finance, Inc., which matter is captioned above and bears adversary case number 18-01031-A (Doc. 1, the "Adversary Case").

2.     On November 1, 2018, Plaintiff filed a Notice of Motion and Motion for Preliminary Injunction Against Vi Healthcare Finance, Inc., for Sequestration of Tax Revenues Pending Final Ruling on the Merits of this Adversary Case or Further Order of this Court ("Hearing") (Doc. 29, the "Preliminary Injunction Motion").

3.     On December 5, 2018, the Parties agreed to sequester the tax revenues of Inyo County (the "Tax Revenues") and protect distribution of those revenues to any party pending a determination of the Preliminary Injunction Motion (Doc. 45), and the Parties have continued that agreement from time to time, including through the next status conference on the Adversary Case now scheduled for March 9, 2020, at 1:30 p.m..

4.     On September 11, 2019, the parties participated in JAMS mediation with the Hon. Randall J. Newsome (Ret.) in Los Angeles in connection with the above captioned adversary case.  The mediation did not conclude in a settlement, however, the Parties continued to discuss settlement post-mediation and they have resolved the Adversary Case.

5.     The Adversary Case is now fully resolved via written agreement.

6.     Based on the foregoing, the Defendant and Plaintiff hereby agree, stipulate and respectfully request that this Court enter its Order as follows:

    a.  The Preliminary Junction Motion shall be dismissed;

    b.  The Adversary Case shall be dismissed;

    c.  The Tax Revenues are hereby no longer sequestered and may be disbursed without further Order of this Court; and

    d.  Each party shall bear their own fees and costs.

1

2    Dated:                                    WAGNER JONES HELSLEY, PC

3

4                                       By: _____
                                              **Oliver W. Wanger**, Attorneys for Vi Healthcare
                                              Finance, Inc. and Healthcare Conglomerate
5                                             Associates, LLC

6

7    Dated: 3/26/2020                          JEFFREY S. SHINBROT, APLC

8

9                                       By: _____
                                              **JEFFREY S. SHINBROT**, Special
10                                            Litigation Counsel for Southern Inyo
                                              Healthcare District

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                            - 3 -          STIPULATION JSS-1

Dated: March 25, 2020

WANGER JONES HELSLEY, PC

By: _____

**Oliver W. Wanger**, Attorneys for Vi Healthcare
Finance, Inc. and Healthcare Conglomerate
Associates, LLC

Dated: March 24, 2020

JEFFREY S. SHINBROT, APLC

By: _____

**JEFFREY S. SHINBROT**, Special
Litigation Counsel for Southern Inyo
Healthcare District

{7977/006/01081143.DOC}

- 3 -                **STIPULATION JSS-1**