**4**

JEFFREY S. SHINBROT, ESQ. (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
15260 Ventura Blvd., Suite 1200
Sherman Oaks, California 91403
Telephone: (310) 659-5444
Fax: (310) 878-8304

Attorneys for Southern Inyo Healthcare District

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>SOUTHERN INYO HEALTHCARE DISTRICT,<br><br>        Chapter 9 Debtor.<br>──────────────────────<br>SOUTHERN INYO HEALTHCARE DISTRICT,<br><br>        Plaintiff,<br><br>        v.<br><br>HEALTHCARE CONGLOMERATE ASSOCIATES, LLC; VI HEALTHCARE FINANCE, INC.; and DOES 1 through 10,<br><br>        Defendants. | Case No.: 16-10015-A-9<br><br>Chapter 9<br><br>**Adv. Case No.: 18-01031-A**<br><br>DCN: JSS-01<br><br><u>Hearing</u><br><br>Date:  March 30, 2020<br>Time:  1:30 p.m.<br>Place:  Dept. A, 7th Floor<br>       United States Bankruptcy Court<br>       501 I Street<br>       Sacramento, CA<br><br>Judge:  Honorable Fredrick E. Clement |

**ORDER APPROVING STIPULATION FOR WITHDRAWAL OF MOTION FOR**

**PRELIMINARY INJUNCTION AGAINST VI HEALTHCARE FINANCE, INC.,**

**FOR SEQUESTRATION OF TAX REVENUES AND**

**FOR DISMISSAL OF ADVERSARY CASE.**

The Court having considered the stipulation between Southern Inyo Healthcare

District, VI Healthcare Finance, Inc., and Healthcare Conglomerate Associates, LLC, by

and through their counsel of record counsel [the "Stipulation"], and good cause appearing

{57077/006/01081610.DOC}

RECEIVED
March 26, 2020
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006729438

-1-                 ORDER JSS-1

1 | hereby Orders as follows:

2 |      a. The Preliminary Injunction Motion[1] is hereby dismissed;

3 |      b. The Adversary Case is hereby dismissed;

4 |      c. The Tax Revenues are hereby no longer sequestered and may be

5 |         disbursed without further Order of this Court; and

6 |      d. Each party shall bear their own fees and costs.

7 |   IT IS SO ORDERED.

8

9 |   Dated:  Mar 30, 2020

10

11 |                           Fredrick E. Clement

                          United States Bankruptcy Judge

---

[1] All capitalized terms are used as defined in the Stipulation.

{7977/006/01081610.DOC}

- 2 -     ORDER JSS-1